MARTIN B. GREENBAUM – CSB No. 45268
STEPHEN J. SHUMLAS – CSB No. 317448
GREENBAUM LAW GROUP LLP
160 Newport Center Drive, Suite 110
Newport Beach, CA 92660
Tel:  (949) 760-1400
Tel:  (949) 760-1300

Attorneys for Plaintiff
YAU LO LING DBA HOLLY SUN DEVELOPMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| YAU LO LING DBA HOLLY SUN DEVELOPMENT, <br><br> Plaintiff, <br><br> vs. <br><br> LOANDEPOT.COM, LLC, <br><br> Defendants. | Case No. <br><br> COMPLAINT FOR RECOGNITION OF FOREIGN JUDGMENT AND ENTRY OF JUDGMENT THEREON |

## THE PARTIES

1.       The Plaintiff is YAU LO LING T/A HOLLY SUN DEVELOPMENT.  T/A is an abbreviation for "Trading As", which in Hong Kong parlance and is the American equivalent to "DBA" or "doing business as".  The Plaintiff is also referred to in the underlying Hong Kong Judgment by the formal name of "MADAM YAU"  The Plaintiff is hereinafter denominated as "MADAM YAU". MADAM YAU is an individual who resides in Hong Kong.  MADAM YAU does not conduct business in California but did buy nuts from a California vendor occasionally.

2.       The Defendant, named herein as LOANDEPOT.COM, LLC, (hereafter "LDCLLC"), is a Delaware limited liability company and is registered to conduct business in California.  LDCLLC's principal place of business is in California and is located at 26642 Towne Center Drive, Foothill Ranch, California 92610.

3. There is complete Diversity between the MADAM YAU and Defendant LDCLLC.

## JURISDICTION

4. The amount in controversy herein exceeds $75,000.00. Jurisdiction in this matter is based on 28 U.S.C. § 1332(a)(2). This matter includes California state law claims pursuant to California's Enforcement of Foreign Judgments laws at Cal. Code of Civ. Proc. §1713. et seq. This Court also has pendent jurisdiction and supplemental jurisdiction over such state law claims as alleged in this Complaint pursuant to 28 U.S.C. § 1367.

.

## VENUE

5. MADAM YAU is a citizen of Hong Kong. LDCLLC maintains its principal business address at 26642 Towne Center Drive, Foothill Ranch, California 92610. Venue therefore lies in the United States District Court Central District of California, Southern Division, pursuant 28 U.S.C. § 1391(b)(2).

## STATEMENT OF FACTS

6. In 2015, LDCLLC filed an action against twelve (12) different defendants in the High Court of the Hong Kong Special Administrative Region, Court of First Instance (the "Hong Kong Action"). The Hong Kong Action was assigned Action Number 950 of 2015. LDCLLC served MADAM YAU. Both parties appeared in the Hong Kong Action and were represented by counsel.

7. MADAM YAU answered the Hong Kong Action and the matter was thoroughly litigated. On or about September 21, 2018, after five days of hearings regarding the merits of the Hong Kong Action, the High Court of Hong Kong ruled and entered judgment in MADAM YAU's favor. MADAM YAU prevailed and the High Court of Hong Kong issued an eighty-two (82) page reasoned statement of decision, called a "Judgment". A copy of the High Court of Hong Kong Judgment is attached hereto and marked as Exhibit A. The specific amount of

MADAM YAU's costs of the action to be paid by LDCLLC were not calculated in Exhibit A and were deferred for further findings.

8. On or about October 20, 2020, the Hong Kong High Court made further findings and awarded MADAM YAU costs by way of an "ALLOCATUR" in the amount of $1,632,064.00 Hong Kong Dollars against LDCLLC. A true copy of the ALLOCATUR (Bill No. 1) awarding MADAM YAU fixed money damages against LDCLLC is attached hereto and marked as Exhibit B.

9. As of the date of this Complaint, the conversion rate of Hong Kong Dollars (HKD) to United States Dollars (USD) is approximately .1285 USD per 1 HKD. Based upon such rate, LDCLLC is indebted to MADAM YAU as of this date in the amount of $209,720.22 USD.

## FIRST CLAIM

(Recognition and Enforcement of Foreign Judgment –

Uniform Foreign-Country Money Judgment Recognition Act)

10. MADAM YAU incorporates the Allegations of Paragraphs 1 through 9 as though fully set forth herein.

11. This is a cause of action for recognition of a civil judgment pursuant to California's Uniform Foreign-Country Money Judgments Recognition Act. Beginning at CCP 1713, et seq., as applied to this matter pursuant to 28 U.S.C. § 1367.

12. The Hong Kong Judgment sought to be recognized herein was entered IN THE HIGH COURT OF THE HONG KONG SPECIAL ADMINISTRATIVE REGION, COURT OF FIRST INSTANCE on or about September 21, 2018 and costs were fixed in the amount of $1,632,064.00 Hong Kong Dollars on or about October 20, 2020.

13. The Hong Kong Judgment is final, conclusive and enforceable and is not for taxes, a fine or penalty.

14. MADAM YAU requests to have the Hong Kong Judgment recognized and entered in this Court.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for:

1. Judgment in the amount of $1,632,064.00 Hong Kong Dollars, or, based on the conversion rate to United States Dollars as published by The Wall Street Journal on August 11, 2021, $209,720.22 United States Dollars; and
2. Interest at 10% from March 22, 2019; and
3. Costs of Suit; and
4. Such other and further relief as the court deems proper.

DATED:  August 11, 2021

                                      GREENBAUM LAW GROUP LLP

                                      By: _____
                                              STEPHEN J. SHUMLAS
                                              Attorneys for Plaintiff

COMPLAINT