MARTIN B. GREENBAUM – CSB No. 45268
STEPHEN J. SHUMLAS –CSB No. 317448
GREENBAUM LAW GROUP LLP
160 Newport Center Drive, Suite 110
Newport Beach, CA 92660
Telephone: (949) 760-1400
Facsimile: (949) 760-1300
Attorneys for Plaintiff,
YAU LO LING DBA HOLLY SUN DEVELOPMENT

KELLY ANDREW BEALL
WOLFE & WYMAN LLP
2301 Dupont Drive, Suite 300
Irvine, CA 92612
Telephone:  (949) 475-9200
Facsimile:  (949) 475-9203
Attorneys for Defendant,
LOANDEPOT.COM, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| YAU LO LING DBA HOLLY SUN DEVELOPMENT,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LOANDEPOT.COM, LLC<br><br>　　　　　　Defendant.<br>_____ | Case No. 8:21-cv-01326-DOC-KES<br><br>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND ORDER THEREON<br><br>Assigned to:<br><br>Hon. David O. Carter |

//

//

//

//

1

JOINT STIPULATION FOR DISMISSAL WITH PREJEUDICE

4135436.1

## JOINT STIPULATION FOR DISMISSAL

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action with each party to bear its own attorney's fees and costs. The parties also request the Court retain jurisdiction over the action for the purpose of entering any orders pertaining to enforcement of the Settlement Agreement executed by the Parties.

Respectfully submitted,

Dated: January __7__, 2022        GREENBAUM LAW GROUP LLP

By _/s/ Stephen J. Shumlas_
STEPHEN J. SHUMLAS
Attorney for Plaintiff

Dated: January __7__, 2022        WOLFE & WYMAN LLP

By _/s/ Kelly Andrew Beall_
KELLY ANDREW. BEALL
Attorney for Defendant