JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| YAU LO LING DBA HOLLY SUN DEVELOPMENT, | Case No. 8:21-cv-01326-DOC-KES |
| Plaintiff, | ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO JOINT STIPULATION [19] |
| vs. | Assigned to: |
| LOANDEPOT.COM, LLC | Hon. David O. Carter |
| Defendant. | |

## ORDER

The Joint Stipulation filed by the parties is approved.  The entire action, is hereby dismissed with prejudice.  Each party to bear its own attorney's fees and costs.  The Court retains jurisdiction over the action for the purpose of entering any orders pertaining to enforcement of the Settlement Agreement executed by the Parties.

Dated:  January 7, 2022

*David O. Carter*

HON. DAVID O. CARTER

ORDER OF DISMISSAL WITH PREJUDICE

4135436.1